IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHEVRON INTELLECTUAL PROPERTY LLC, ) | |
| a Delaware Limited Liability Company and ) | |
| CHEVRON U.S.A. INC., a Pennsylvania Corporation, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. 10-CV-11177 |
| CABOT FUELS, INC. a Massachusetts ) | |
| Corporation, ) | |
| 449 Cabot Street ) | |
| Beverly, Massachusetts 01915 ) | |
| ) | |
| and ) | |
| ) | |
| RAD M. ALHATATBETH, ) | |
| an individual, ) | |
| Defendant ) | |
| ) | |

**RULE 41(a)(1)(A)(i) STIPULATION OF DISMISSAL**
**WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Chevron Intellectual Property

LLC and Chevron U.S.A., Inc., ("Chevron"), hereby dismisses its Complaint in this

action without prejudice and without costs to any party.

Dated:  August 27, 2010

Respectfully submitted,

CHEVRON INTELLECTUAL
PROPERTY, LLC, and
CHEVRON U.S.A. INC.,

By their attorneys,


/s/ Sean T. Carnathan_____
Sean T. Carnathan (BBO# 636889)
Benjamin S. Kafka (BBO# 640993)
O'Connor Carnathan and Mack LLC
8 New England Executive Park
Suite 310
Burlington, MA 01803
(781) 359-9000
SCarnathan@ocmlaw.net
BKafka@ocmlaw.net

Of Counsel:

Bernadette M. Reilly
Lathrop & Gage LLP
230 Park Avenue
Suite 1847
New York, NY 10169
(212)850-6231